AO442 (Rev. 8/15)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**



FID: 1045890
USMS: 55164-019

<u>WARRANT FOR ARREST</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| Bradley Duane Hoschouer ) | Docket No.: 3:03-CR-00020 |
| ) | UNDER SEAL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Other:

charging him with: Violation of Conditions of Supervised Release, to include violation of mandatory conditions, standard conditions, and special conditions in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer: _____

Timothy C. Batten, Sr.
Chief U.S. District Court Judge

Date: December 19, 2022

Bail fixed at $_____ By _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia

### Petition for Warrant for Offender Under Supervision

**UNDER SEAL**

| | | | |
|---|---|---|---|
| Name of Offender: | Bradley Duane Hoschouer | Case Number: | 3:03-CR-00020 |

Name of Sentencing Judicial Officer: The Honorable Jack T. Camp, U.S. District Court Judge

Date of Original Sentence: December 8, 2005

Original Offense: Interstate Transportation of a Minor with Intent to Engage in Criminal Sexual Conduct, 18 U.S.C. § 2423(a), Interstate Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b)

Original Sentence: 260 months confinement followed by 5 years supervised release with the following special conditions: firearm restriction; drug and alcohol treatment; mental health treatment program including a psychosexual evaluation and compliance with the Sex Offender Compliance Contract; search; and $200 special assessment.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 18, 2022 |
| Assistant U.S. Attorney: | Unassigned | Defense Attorney: | William A. Morrison |

Case Reassigned to The Honorable Timothy C. Batten, Sr. on August 31, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:
1. **Violation of Mandatory Condition:** Commission of Another Federal, State, or Local Crime.

On October 27, 2022, Bradley Hoschouer (Hoschouer) committed the offense of Driving on a Suspended or Revoked License (misdemeanor) and No Tag (misdemeanor) in Clayton County, Georgia. A Clayton County Police Department officer observed a white Chevrolet Tahoe traveling south on Highway 85 with no tag. The officer stopped the vehicle and made contact with the driver, identified as Hoschouer. The officer requested Hoschouer's driver's license and Hoschouer provided a State of Georgia Identification Card. The officer checked Hoschouer in GCIC and his driver's license was listed as suspended/revoked.

On November 2, 2022, this officer met with Hoschouer at the Atlanta probation office. Hoschouer admitted that he used a "tag applied for" sign on the vehicle, which he had just purchased that day from

HOSCHOUER, Bradley Duane
Page 2 of 4
Violation Report and Petition for Warrant

a private owner. He reported he saw other people use the "tag applied for" sign so he assumed he could do the same, even though he had not actually applied for a tag. Hoschouer admitted he did not have physical possession of a driver's license, but does have an active driver's license in Oklahoma. This officer confirmed through NCIC that he does have an active Oklahoma driver's license, but we discussed how he needs to physically have possession of a driver's license if he is driving a vehicle.

2. **Violation of Standard Condition:** Failure to Submit a Truthful and Complete Written Report.

On September 19, 2022, during a home visit, this officer provided Hoschouer with Monthly Supervision Report forms to complete once per month beginning in October 2022. On November 28, 2022, during a home visit, this officer provided Hoschouer with additional Monthly Supervision Reports and again instructed him to complete the reports monthly. Hoschouer failed to complete and provide the Monthly Supervision Report in October, November, and December 2022.

3. **Violation of Standard Condition:** Failure to Notify the Probation Officer Within 72 Hours of A Change in Residence.

On December 9, 2022, this officer attempted to call Hoschouer twice, but there was a message stating the call could not be completed as dialed. This officer contacted the Atlanta Recovery Center and spoke to the front desk receptionist who stated he had not seen Hoschouer since that morning, but would let him know to contact me when he sees Hoschouer.

On December 12, 2022, this officer attempted a home visit at the Atlanta Recovery Center, located at 169 Trinity Avenue, in Atlanta, Georgia. This officer spoke with the front desk receptionist who stated he had not seen Hoschouer since he had spoken with me on December 9, 2022, on the phone.

On December 14, 2022, this officer attempted another home visit at the Atlanta Recovery Center and spoke with the front desk receptionist and another resident. They both indicated they had still not seen Hoschouer since the morning on December 9, 2022. The receptionist indicated that Hoschouer left all of his belongings and had not shown up for any of his shifts as security at the Atlanta Recovery Center.

On December 14, 2022, Hoschouer's sex offender treatment counselor forwarded an email she received on December 13, 2022, from the email address chadgates20@gmail.com, which stated, "This is brad if you get this let me know". She responded to the email on December 14, 2022, and instructed Hoschouer to contact this officer immediately and provided my phone number. However, this officer has not received any call or voicemail from Hoschouer as of the date of this petition.

He is currently registered with the Fulton County Sheriff's Office as a sex offender with the address of 169 Trinity Avenue in Atlanta, Georgia, but has not resided there since December 9, 2022. Hoschouer's whereabouts are currently unknown.

4. **Violation of Special Condition:** Failure to Comply with Sex Offender Compliance Contract and View Sexually Oriented Material.

On September 30, 2022, this officer met with Hoschouer at the Atlanta probation office. He consented to a search of his cell phone. This officer found that Hoschouer's internet browser was actively showing the website PornHub with a video for "Casting Skinny Half Korean." Hoschouer denied that he had viewed any sexually oriented material and indicated that someone else was using his phone.

HOSCHOUER, Bradley Duane
Page 3 of 4
Violation Report and Petition for Warrant

5. <u>Violation of Special Condition:</u> **Failure to Comply with Sex Offender Compliance Contract and Receive Approval for Access to the Internet.**

On September 30, 2022, during a search of Hoschouer's cell phone, this officer viewed his email account with the email address of duanebrad760@gmail.com and his internet activity, which included a browser open to PornHub.

6. <u>Violation of Special Condition:</u> **Failure to Comply with Sex Offender Compliance Contract and Have No Contact with Any Child Under the Age of Eighteen, Whether Directly In Person or Indirectly Through Any Means of Communication.**

On November 28, 2022, during a home visit, Hoschouer admitted that he had contact with a minor, aged 14, via phone communication. Hoschouer was attempting to contact the minor's mother, whom he was in a relationship with, but the minor was answering the phone. At first he did not know who was answering the phone, but once he determined it was the minor he continued to communicate with the minor in order to get ahold of his significant other. This officer informed Hoschouer that contact with the minor was to cease immediately.

7. <u>Violation of Special Condition:</u> **Failure to Comply with Sex Offender Compliance Contract and Register Any Change in Residence Within 72 Hours.**

On December 16, 2022, this officer spoke with the Fulton County Sheriff's Office Sex Offender Unit and confirmed that Hoschouer has not notified them of any change to his residence. He has failed to be at his registered residence, 169 Trinity Avenue, since December 9, 2022.

8. <u>Violation of Special Condition:</u> **Failure to Comply with Sex Offender Compliance Contract and Attend or Actively Participate in Sex Offender Evaluation and Treatment Program and Submit to Any Assessments, Which May Include Polygraphs.**

On March 23, 2022, Hoschouer failed to attend and participate in a scheduled polygraph.

On March 28, 2022, Hoschouer failed to attend and participate in a treatment session at The Highland Institute.

On April 20, 2022, Hoschouer failed to attend and participate in a scheduled polygraph.

On September 26, 2022, Hoschouer failed to attend and participate in a treatment session at The Highland Institute.

On December 12, 2022, Hoschouer failed to attend and participate in a treatment session at The Highland Institute.

HOSCHOUER, Bradley Duane
Page 4 of 4
Violation Report and Petition for Warrant

PETITIONING THE COURT TO:

Issue a Warrant for Bradley Duane Hoschouer and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____  12/16/22
Ashley N. Brimmer          Date
United States Probation Officer

_____  12/19/2022
Megan Horton               Date
Supervisory U.S. Probation Officer

THE COURT ORDERS:

☒ The issuance of a Warrant

☐ No Action

☐ Other

_____
Honorable Timothy C. Batten, Sr.
Chief U.S. District Court Judge

December 19, 2022
Date